Allied Beauty Products Manufacturing Company, Appellant, v. Chemical Borings Company of America, Appellee.

Gen. No. 43,755.

opinion filed April 2, 1947; released for publication April 25, 1947.   Jesse H. Brown and Benj. Robert Cohen, for appellant; John S. Charone, for appellee.   Opinion by JUSTICE KILEY.   Not to be published in full.